In the Matter of the Appraisal of the Estate of Lucy M. McCormick, Deceased, under the Acts in Relation to Taxable Transfers of Property. American Baptist Publication Society, Appellant; The Comptroller

of the State of New York, Respondent.— Order affirmed, with costs. All concurred.